### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF COLORADO

Civil Action No. 23-cv-00209-NRN

SUYA MOWERS,

    Plaintiff,

v.

ALEJANDRO MAYORKAS, Secretary, Department of Homeland Security,
MERRICK GARLAND, U.S. Attorney General,
UR JADDOU, Director, U.S. Citizenship & Immigration Services, and
KIMBERLY ADAMS, Acting District Director, District 13, USCIS Field Office,

    Defendants.

---

### ORDER RE: UNOPPOSED MOTION
### TO AMEND NATURALIZATION ORDER

---

THIS MATTER comes before the Court on Plaintiff's Unopposed Motion to Amend Naturalization Order, ECF No. 20. The Court being duly advised and for the reasons set forth blow, HEREBY ORDERS that the Motion is **GRANTED**.

The Motion recites the following facts, which the Court accepts as undisputed by the parties. Plaintiff Suya Mowers is a naturalized United States citizen who is originally from Korea. ECF No. 1 ¶ 9. On October 22, 1974, she was naturalized by court order by the U.S. District Court for the District of Colorado. *Id.* ¶¶ 23-25. In 2011, Plaintiff learned that her actual birthdate differed from the date listed in many government records, including her naturalization certificate. *Id.* ¶¶ 29-31; ECF No. 1-2. Since that time, Plaintiff has attempted to correct her records with various state and federal agencies in the United States. *Id.* ¶¶ 33, 35-38.

1

On October 6, 2022, Plaintiff learned through a letter from United States Citizenship & Immigration Services (USCIS), that to correct her USCIS records, she would first need an order from this Court amending its naturalization order for Plaintiff.  Accordingly, on January 24, 2023, Plaintiff filed her Petition with this Court seeking a court order amending its naturalization order to reflect her true birthdate. USCIS reviewed Plaintiff's records and consents to such a court order.

Because Plaintiff was naturalized in 1974 (*see id.* ¶¶ 23-25 & Ex. 2), this Court has subject-matter jurisdiction over the Petition under former 8 U.S.C. § 1451(i) (1988).  *See In re Ebiala*, No. 19-MC-00070-KLM, 2020 WL 13544162, at *3 (D. Colo. Jan. 8, 2020) (determining that the Court had jurisdiction to amend a certificate of naturalization that was issued by court order pursuant to former statute 8 U.S.C. § 1451).  The Court additionally finds that, for the extraordinary reasons set forth in the Motion, Plaintiff made her request within the time as required for relief to be granted under Federal Rule of Civil Procedure 60(b)(6). *Holder*, No. 12-CV-2541-JLK, 2013 WL 709047, at *1-2 (D. Colo. Feb. 26, 2013).

Based on the foregoing,

IT IS HEREBY **ORDERED** that the October 22, 1974, naturalization order by the U.S. District Court for the District of Colorado shall be corrected to reflect Plaintiff Suya Mowers' true birthdate of July 6, 1949; and

IT IS FURTHER **ORDERED** that within 60 days of this Order, U.S. Citizenship and Immigration Services shall issue an amended certificate of naturalization for Plaintiff Mowers reflecting her true birthdate. To issue the certificate of naturalization, Plaintiff shall submit the following to U.S. Citizenship and Immigration Services: (1) a copy of this Court's order; and (2)


a copy of the Request for Evidence (ECF No. 1-6) issued by USCIS on October 6, 2022. These items shall be submitted to one of the following addresses based on the service provider, with the tracking number expeditiously provided to U.S. Citizenship and Immigration Services thereafter for monitoring:

    a. For U.S. Postal Service (USPS):
       USCIS Nebraska Service Center
       P.O. Box 87103
       Lincoln, NE 68501-7103

    b. For FedEx, UPS, and DHL deliveries:
       USCIS Nebraska Service Center
       850 S St.
       Lincoln, NE 68508

IT IS FURTHER **ORDERED** that USCIS shall issue the new naturalization certificate notwithstanding the fact the deadline for it to receive Ms. Mowers' response to the RFE has passed. The parties shall work together in good faith to resolve any unexpected issues that arise during the process of issuing an amended certification of naturalization.

IT IS FURTHER **ORDERED** that upon Plaintiff's receipt of the amended Certificate of Naturalization, Plaintiff will file a motion with the Court to dismiss this case with prejudice, with each side to pay its own attorney's fees and costs.

**IT IS SO ORDERED.**

Dated: May 12, 2023                                    BY THE COURT:

                                                                                       _____